IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID A. JOHNSON,**

**Plaintiff,**

vs.

**EQUILON ENTERPRISES, L.L.C., a
Joint Venture of Shell Oil Company and Texaco,
Inc., and RAYTHEON CONSTRUCTORS, INC.
n/k/a WASHINGTON GROUP INTERNATIONAL,**

**Defendants.**

**EQUILON ENTERPRISES LLC and
WASHINGTON GROUP INTERNATIONAL, INC.,**

**Third-Party Plaintiffs,**

vs.

**INDUSTRIAL REFRACTORY SPECIALISTS,**

**Third-Party Defendant.**                              No. 04-CV-00457-DRH

**O R D E R**

On Motion of third-party plaintiffs, Equilon Enterprises LLC and Washington Group International, Inc., to file their Amended Third-Party Complaint against Industrial Refractory Specialists to conform with the Court's April 28, 2005 Order, and the Court being fully advised in the premises;

-1-

**IT IS THEREFORE ORDERED** that said Motion is allowed.  Equilon Enterprises LLC and Washington Group International, Inc., to file their Amended Third-Party Complaint no later than May 13, 2005.

                                              /s/   David RHerndon
                                                U.S. DISTRICT JUDGE

ENTER: May 9, 2005