# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHNSON,** | ) | |
| **Plaintiff(s),** | ) ) ) | |
| vs. | ) ) | No.   **04-CV-457DRH** |
| **EQUILLON ENTERPRISES,** | ) ) ) | |
| **Defendant(s).** | ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This  22nd  day of   February   , 2006

/s/                 David  R Herndon

**UNITED STATES DISTRICT JUDGE**